# IN THE WESTERN DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

WES LYNNES, et al., )
)
        Plaintiff-Garnishors, )
)
vs. )
)
DEBRA LONG, d/b/a LONG ELECTRIC, )     No. 06-9003-MC-W-FJG
)
        Defendant. )
)
and )
)
GOODMAN STATE BANK, )
)
        Garnishee. )

## ORDER

     Currently pending before the Court is the plaintiff-garnishor's Motion to Compel Garnishee's Answers to Interrogatories (Doc. # 5).

     On January 28, 2006, plaintiffs/garnishors served their Garnishment interrogatories to the Garnishee, Goodman State Bank. Plaintiffs state that the interrogatories identified the account which the Garnishee was believed to be holding for defendant using both the purported name of the account holder and the specific account number. On February 1, 2006, Garnishee responded to each interrogatory by stating that it had "No account by this name." Plaintiffs state that the this response is non-responsive, vague and ambiguous. Plaintiffs argue that the Garnishee has provided no other information as to the accuracy of the account number, whether said account number belongs to defendant or whether any account held by Garnishee matches the account number provided to Garnishee by plaintiffs.

Plaintiffs/Garnishors filed the instant Motion to Compel on April 11, 2006. Garnishee's response to this Motion was due by April 26, 2006.  To date no response has been filed by the Garnishee.  Accordingly, the Court hereby **ORDERS** Garnishee to either clarify its Answers to Plaintiff's Interrogatories or to Respond to the Motion to Compel Answers to Interrogatories on or before **May 17, 2006.**  Failure to respond to this Order may result in judgment being entered against Garnishee without further notice.

Date:___May 8, 2006_____                          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                          Fernando J. Gaitan, Jr.
                                               United States District Judge

2